# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL HUFF, BARBARA HUFF
and WILLIAM H. LEIBERS,**

           **Plaintiffs,**

**v.**                                 **Case No:  5:13-cv-63-Oc-22PRL**

**REGIONS BANK,**

           **Defendant.**

_____/

### ORDER

This cause is before the Court on Defendant Regions Bank d/b/a Regions Mortgage's Motion for Sanctions, filed on May 31, 2013. (Doc. No. 38).

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. No. 45).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, based on the foregoing, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 24, 2013 (Doc. No. 45), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Regions Bank d/b/a Regions Mortgage's Motion for Sanctions (Doc. No. 38) is hereby **GRANTED**.

3. Sanctions in the form of attorneys' fees in the amount of **$6,577.20** and costs in the amount of **$481.38** are hereby imposed jointly against Plaintiffs, Michael Huff, Barbara Huff, and William H. Liebers and their lawyer, Kelley Bosecker. The Clerk is directed to enter Judgment accordingly.

**DONE** and **ORDERED** in Orlando, Florida on October 15, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties